IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3063 |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN K. SHULTZ; BENJAMIN P. KING, and REED, KING AND SHULTZ LAW OFFICE, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court after review of the report of parties' planning conference (Filing No. 11). In accordance with said report,

IT IS ORDERED:

1) This action is stayed until October 6, 2006.

2) On or before said date, the parties shall file a joint status report concerning the outcome of their scheduled mediation and the status of this action.

DATED this 14th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court