IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY BLACK, | ) | 4:06CV3063 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| RYAN K. SHULTZ; BENJAMIN P. KING and REED, KING, AND SHULTZ LAW OFFICE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court after receipt of the notice of mediation failure (Filing No. 13).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Thursday, October 5, 2006, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 20th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court