IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3063 |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN K. SHULTZ; BENJAMIN P. KING, and REED, KING AND SHULTZ LAW OFFICE, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to alter discovery dates (Filing No. 20). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Discovery deadline is now April 30, 2007;

2) Defendants' disclosure of expert witnesses is now April 1, 2007;

3) Daubert motions shall be filed on or before April 15, 2007.

4) All other dates in the final progression order (Filing No. 15) remain in force and effect.

DATED this 5th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court