IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BETTY BLACK,                    )
                                )
            Plaintiff,          )        4:06CV3063
                                )
     v.                         )
                                )
RYAN K. SHULTZ; BENJAMIN P.     )        ORDER
KING, and REED, KING AND        )
SHULTZ LAW OFFICE,              )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on defendants' motion for leave to file an amended answer instanter (Filing No. 24). Defendants have submitted the amended answer as an exhibit to this motion (Filing No. 24, Ex. A). No objections have been filed.

Since more than twenty days have elapsed since the original answer was served, leave of court is required before a party may amend its pleading. Fed. R. Civ. P. 15(a). Leave to amend shall "be freely given when justice so requires." *Id*. The Court finds that granting leave to amend is proper as no undue prejudice will result. Accordingly,

IT IS ORDERED that defendants' motion to file an amended answer instanter is granted.

DATED this 23rd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court