IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BETTY BLACK,                    )
                                )
          Plaintiff,            )       4:06CV3063
                                )
     v.                         )
                                )
RYAN K. SHULTZ and REED,        )       ORDER
KING, AND SHULTZ LAW OFFICE,    )
                                )
          Defendants.           )
_____)
```

      This matter is before the Court on defendants' motion for judgment notwithstanding the verdict or to alter or amend judgment (Filing No. 52) and plaintiff's motion for new trial (Filing No. 55).  Having reviewed the motions, the parties' submissions, and the applicable law, the Court finds that both motions should be denied.  Accordingly,

      IT IS ORDERED:

      1)  Defendants' motion for judgment notwithstanding the verdict or to alter or amend judgment is denied; and

      2)  Plaintiff's motion for new trial is denied.

      DATED this 31st day of August, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court