IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3063 |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN K. SHULTZ; BENJAMIN P. KING, and REED, KING AND SHULTZ LAW OFFICE, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court, having been advised that defendants have deposited the sum of $200,000.00 in the registry of the Court as a supersedeas bond pending the outcome of the appeal in this matter. Accordingly,

IT IS ORDERED that the clerk of court shall invest the sum of $200,000.00 in an interest-bearing account until advised that the appeal has been concluded.

DATED this 29th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court