IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BETTY BLACK,                    )
                                )
            Plaintiff,          )        4:06CV3063
                                )
     v.                         )
                                )
RYAN K. SHULTZ and REED,        )        ORDER
KING, AND SHULTZ LAW OFFICE,    )
                                )
            Defendants.         )
_____ )
```

      This matter is before the Court on defendant's motion to refund supersedeas bond (Filing No. 80). The Court notes judgment has been satisfied (Filing No. 79). Accordingly,

      IT IS ORDERED that said motion is granted; the sum of $200,000.00, plus interest, posted on October 15, 2007 (Receipt 8-5396), shall be refunded to Continental Casualty Company by mailing said check to counsel of record: Jerry W. Katskee, 10404 Essex Court, Suite 100, Omaha, Nebraska, 68114.

      DATED this 17th day of July, 2008.

                                   BY THE COURT:

                                   /s/ Lyle E. Strom
                                   _____
                                   LYLE E. STROM, Senior Judge
                                   United States District Court